■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDRE ROGERS, Appellant. [892 NYS2d 904]—Application by the defendant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 6, 2005 (*People v Rogers*, 19 AD3d 437 [2005]), affirming a judgment of the Supreme Court, Queens County, rendered February 6, 2003.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the

effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Skelos, Fisher and Dillon, JJ., concur.